ROBERT P. HENK     (147490)
SHERI L. LEONARD   (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:     (916) 787-4544
Fax:           (916) 787-4530
Email:         henkleonard@aol.com

Attorneys for Plaintiff
**JEFF PILBY**

Kathleen Cahill Slaught (168129)
Michelle M. Scannell    (267767)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:     (415) 397-2823
Fax:           (415) 397-8549
Email: kslaught@seyfarth.com
       mscannell@seyfarth.com

Attorneys for Defendant,
**HEWLETT-PACKARD COMPANY**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF PILBY,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**HEWLETT-PACKARD COMPANY** and **DOES 1 through 5**, inclusive,<br><br>    Defendant. | CASE NO.:    13 CV 00603 MCE EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

/ / /

1

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

Dated: May 1, 2013          **HENK LEONARD**
                            *A Professional Law Corporation*

                            /s/SHERI L. LEONARD
                            **SHERI L. LEONARD**
                            Attorney for Plaintiff
                            **JEFF PILBY**

Dated: May 1, 2013          **SEYFARTH SHAW LLP**

                            /s/KATHLEEN CAHILL SLAUGHT( as auth.on 5/1/13)
                            **KATHLEEN CAHILL SLAUGHT**
                            **MICHELLE M. SCANNELL**
                            Attorney for Defendant
                            **HEWLETT-PACKARD COMPANY**

**IT IS SO ORDERED.**

DATE: May 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT